IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS EGAN EDWARDS,<br><br>      Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration<br><br>      Defendant.<br>_____/ | No. C-15-2781 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS UPON CONSENT** |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge (see Doc. Nos. 6, 8), the above-titled action is hereby REFERRED to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: October 15, 2015

_____
MAXINE M. CHESNEY
United States District Judge